```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
KEVIN WATKINS,                             :
                          Plaintiff,       :
                                           :    12 Civ. 4635 (DLC)
             -v-                           :
                                           :         ORDER
DEREK SMITH; ADRIANE EISEN; BRYAN S.       :
ARCE; WILLIAM K. PHILLIPS; ISMAIL S.       :
SEKENDIZ; LAURIE E. MORRISON; ZAFER A.     :
AKIN; MARJORIE MESIDOR; DEREK T. SMITH     :
LAW GROUP, P.C.; ARCE LAW GROUP, PC;       :
PHILLIPS & PHILLIPS; and JESSICA DUGUE,    :
                          Defendants.      :
                                           :
-------------------------------------------X
```

6/27/2012

DENISE COTE, District Judge:

    On June 26, 2012, defendants Marjorie Mesidor, William K. Phillips, and Phillips & Phillips filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

    ORDERED that plaintiff shall file any amended complaint by **July 18, 2012**.  Plaintiff will have no further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **July 18, 2012**.  Defendants' reply, if any, shall be

served by **July 25, 2012.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           June 27, 2012

                                      _____
                                           DENISE COTE
                                  United States District Judge