UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X    12 CIV 4635 (DLC)
Kevin Watkins,

                                  Plaintiff,

      -against-

Derek Smith, et al.

                               Defendants.
-------------------------------------------------------------------------X

## AFFIRMATION IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

      Anil Taneja, Esq., attorney for plaintiff, hereby affirms the following under the pains and penalties of perjury:

      1.     I am an attorney for the plaintiff Kevin Watkins, and am fully familiar with the facts and circumstances herein.

      2.     I affirm that the facts and exhibits stated in the accompanying Memorandum in Opposition to Defendants' motion to Dismiss are true to the best of my knowledge and belief.

      **WHEREFORE**, it respectfully requested that this Court deny the defendants' motion to

Dated: New York, NY
         September 21, 2012

                                                               Respectfully Submitted,

                                                               /s/
                                                               Anil Taneja, Esq., M.B.A. (AT-1760)
                                                               244 5th Avenue 2nd Floor
                                                               New York, NY 10001
                                                               (646) 335-3256