UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   12 Civ. 4635(DLC)
KEVIN WATKINS,

                                Plaintiff,

                                                                    **NOTICE OF MOTION TO**
   -against-                                                         **DISQUALIFY**
                                                                     **DEFENDANTS'**
DEREK SMITH, ET AL,                            **ATTORNEYS**

                                Defendants.
-----------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed affirmation of Anil Taneja, Esq., affirmed on the October 12, 2012, and upon the memoranda and exhibits attached thereto, plaintiff Kevin Watkins will this Court, before the Honorable Denise Cote, United States District Judge, for an order disqualifying the defendant's attorneys and such other and further relief as this Court deems proper.

Dated:  New York, New York
           October 12, 2012

                                                            Respectfully Submitted,

                                                            _____/s/_____
                                                             Anil Taneja, Esq. (AT1760)
                                                             *Attorney for Plaintiff*
                                                             244 5TH Avenue, 2nd Floor
                                                             New York, NY 10001
                                                             212-592-4000