**Soleil & Company**
*a professional corporation*
32 Court Street, Suite 1107
Brooklyn, NY 11201
www.soleilcolaw.com
(718) 522-0103 tel.  ~  (718) 705-4397 fax

André Ramón Soleil, Esq.
*Chairman & Chief Counsel*

Ernestine Narcisse-Mings, Esq.
*Associate Counsel*

Israel Velazquez, C.P.A.
*Associate Accountant*

November 26, 2012

Judge Denise L. Cote
USDC Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re.:   *Watkins v. Smith et al*, Case No.:  12-cv-04635

Dear Judge Cote:

I have not been involved in the prosecution of this matter since August 2012. The attorney on this matter for the Plaintiff is Anil Taneja, Esq. I have not been consulted regarding Mr. Watkins' prosecution in over three months. I request removal as of record as attorney for the Plaintiff.

Sincerely,

André Ramón Soleil, Esq.
ARS7740

On Consent

Kevin Watkins

