```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KEVIN WATKINS,                           :
                       Plaintiff,        :
                                         :    12 Civ. 4635 (DLC)
            -v-                          :
                                         :         ORDER
DEREK SMITH; ADRIANE EISEN; BRYAN S.     :
ARCE; WILLIAM K. PHILLIPS; ISMAIL S.     :
SEKENDIZ; LAURIE E. MORRISON; ZAFER A.   :
AKIN; MARJORIE MESIDOR; DEREK T. SMITH   :
LAW GROUP, P.C.; ARCE LAW GROUP, PC;     :
PHILLIPS & PHILLIPS; and JESSICA DUGUE,  :
                       Defendants.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 22, 2013, the defendants' motions for sanctions were granted in part and with respect to plaintiff's counsel. The Phillips defendants are awarded all of their reasonable attorneys' fees and expenses and the Eisen defendants are awarded one-half of their reasonable attorneys' fees and expenses in opposing the amended complaint. It is hereby

ORDERED that by **March 1, 2013** the defendants must submit any application concerning the amount of their sanctions awards. Plaintiff's opposition must be submitted by **March 8, 2013**. The defendants' reply, if any, must be submitted by **March 13, 2013.**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/22/13]

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         February 22, 2013

_____
DENISE COTE
United States District Judge